UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

                              Plaintiff,

-v-

JOHN DOE, *infringer identified as using IP address 158.222.209.203*,

                              Defendant.

20 Civ. 1435 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       Along with the August 5, 2020 Order to Show Cause, Dkt. 25, plaintiff is directed to serve the July 24, 2020 Order to Show Cause, Dkt. 14, and the papers supporting plaintiff's motion for a default judgment on defendant forthwith and file proof of service no later than August 19, 2020.

       SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: August 7, 2020
           New York, New York