UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:20-cv-01435-PAE
Plaintiff, : FINAL DEFAULT
: JUDGMENT ORDER
vs. :
:
JOHN DOE, infringer identified as using IP :
address 158.222.209.203, :
:
Defendant. :
------------------------------------------------------------------X

## DEFAULT JUDGMENT AGAINST DEFENDANT

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment Against Defendant Willerm Delisfort ("Motion"). Having considered the Motion, being otherwise duly advised in the premises, and good cause appearing, the Court hereby

**FINDS**:

1. The address of Plaintiff is:

    Strike 3 Holdings, LLC
    c/o Jacqueline M. James, Esq. (1845)
    The James Law Firm, PLLC
    445 Hamilton Avenue
    Suite 1102
    White Plains, New York 10601

    The name and address of Defendant is:

    Willerm Delisfort
    636 W. 136th Street, Apt. 11
    New York, NY 10031

2. This Court has jurisdiction over the subject matter of this case and the parties.

3. Venue is proper in this District.

4. The Complaint states claims for direct copyright infringement, in

violation of 17 U.S.C. § 101 upon which relief may be granted against Defendant.

5. Defendant has failed to plead or otherwise defend against Plaintiff's Complaint in this action.

6. Default was entered as to Defendant on July 28, 2020.

7. Defendant is not a minor, incompetent person or in active military service.

8. By reason of default, Defendant has admitted the truth of the allegations in Plaintiff's Complaint.

9. Under Count I of the Complaint, Defendant is hereby found liable to Plaintiff for willfully committing direct copyright infringement of 98 of Plaintiff's movies.

10. Plaintiff has submitted a Declaration demonstrating that Plaintiff expended a total of $400.00 in costs, which amount this Court finds reasonable.

Based on the foregoing findings, it is:

**ORDERED AND ADJUDGED** that Defendant Willerm Delisfort:

(a) shall pay to Plaintiff the sum of $73,500.00 in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), and $400.00 for costs, as authorized under 17 U.S.C. § 505, making a total of $73,900.00, **for which let execution issue forthwith**;

(b) shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment until the date of its satisfaction;

(c) The Court shall retain jurisdiction over this action for six months or until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment.

**DONE AND ORDERED** this 12 day of January, 2021.

By: _Paul A. Engelmayer_
**UNITED STATES DISTRICT JUDGE**